OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

3/6/2015

TATE, MARCUS Jr.     Tr. Ct. No. 1082918-A     WR-82,962-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

MARCUS TATE JR.
1111 LOVETT
HOUSTON, TX 77006

RETURN TO SENDER
RETURN TO SENDER

U TF

MEBN3B 77006